

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00006-CV

———————————————

IN RE ELIGAH DARNELL, JR., Relator

---

Original Proceeding
Tarrant County
Trial Court No. 1575071D

---

Before Womack, Gabriel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered:  January 7, 2020